# LANDMAN CORSI BALLAINE & FORD P.C.

A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

120 BROADWAY

13TH FLOOR

NEW YORK, NEW YORK 10271

TELEPHONE (212) 238-4800

FACSIMILE (212) 238-4848

www.lcbf.com

One Gateway Center
22nd Floor
Newark, NJ 07102
Tel: (973) 623-2700

300 Delaware Avenue
Suite 210
Wilmington, DE 19801
Tel: (302) 514-6901

One Penn Center
1617 JFK Boulevard, Suite 955
Philadelphia, PA 19103
Tel: (215) 561-8540

March 2, 2023

**The parties' request is GRANTED, but the Court will not adjourn the conference over 30 days absent good cause, which Defendant has not shown. Accordingly, the Initial Pretrial Conference is adjourned to March 21, 2023 at 3:30 p.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse. SO ORDERED.**

**Via ECF**
Hon. Jennifer L. Rochon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Dated: March 2, 2023
New York, New York

_/s/ Jennifer Rochon_
**JENNIFER L. ROCHON**
**United States District Judge**

Re:   **Daniel Carille v. National Railroad Passenger Corporation (AMTRAK)**
      **Civ. No. 1:22-cv-10952-JLR**

Dear Judge Rochon,

     We represent defendant, National Railroad Passenger Corporation (AMTRAK), in the above-referenced matter. We write with the consent of Plaintiff's counsel to request an adjournment of the initial pretrial conference, currently scheduled for March 14, 2023.

     The reason for the request is that the undersigned is scheduled to appear in another matter on March 14, 2023 and will accordingly be unavailable to participate.

     The parties are available on the following alternative dates: April 14, 2023; April 20, 2023; April 21, 2023. This is the first request made for an adjournment in this matter.

     Thank you for your consideration of this request.

Respectfully submitted,

_/s/ Rebecca W. Embry_

Rebecca W. Embry

4856-4026-6324v.1